IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCOTT ZINN,

                          Plaintiff,                          **8:20CV313**

            vs.

UNION PACIFIC RAILROAD COMPANY,          **ORDER OF DISMISSAL**

                          Defendant.

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 377).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 29th day of September, 2022.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge